IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R ZWICK, | : |
| Plaintiff | : |
| vs. | : CIVIL NO. 1:CV-12-1797 |
| | : (Judge Caldwell) |
| DEPARTMENT OF JUSTICE, *et al.*, | : |
| Defendants | : |

*O R D E R*

AND NOW, this 10th day of March, 2014, for the reasons set forth in the accompanying memorandum, it is ordered that:

    1. Defendants' Motion to Dismiss and for Summary Judgment (Doc. 28) is granted.

    2. The Clerk of Court shall enter judgment in favor of Defendants Ebbert, Hunter, Samples, Altenhofen, and Dunstone, and against Plaintiff Zwick.

    3. The Clerk of Court shall close this file.

    4. Any appeal from this order shall be deemed frivolous, lacking in probable cause, and not taken in good faith.

    /s/ William W. Caldwell
    William W. Caldwell
    United States District Judge